IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br><br>vs.<br><br><br><br>ARTURO CRUZ-RODRIGUEZ, aka ARTURO CISNEROS-CASARES,<br><br>Defendant, | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION IN LIMINE<br><br><br><br><br><br><br><br>Case No. 2:06-CR-504 TS |

Defendant moves to exclude the government's proposed Ex. 18, a Warrant of Deportation, on the grounds that irregularities in the document remove it from the category of public records admissible under Fed. R. Evid. 803(8).  Specifically, Defendant contends that the document is not trustworthy because the signature of the person who actually witnessed the alleged deportation of Plaintiff is illegible and his or her identity has not been determined by immigration officials.

The government opposes the Motion on the grounds that the document is complete and supported by a statement of Defendant.

The Court finds and concludes that Ex. 18 is admissible under the public record

1

exception of Fed. R. Evid. 803(8).   It is therefore

ORDERED that Defendant's Motion in Limine to Exclude Submission of Ex. 18 (Docket No. 25) is DENIED.

DATED  January 4, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge